Criminal Case Cover Sheet                                                        U.S. District Court

**Place of Offense:**                  Case Under Seal:Yes ____ No X ____    Judge Assigned: _____

City    Norfolk, VA _____   Superseding Indictment _____   Criminal Number:   2:25cr122 _____

County/Parish _____        Same Defendant _____        New Defendant _____

                              Magistrate Judge Case Number _____   Arraignment Date: _____

                              Search Warrant Case Number _____   <mark>TRANSFER to Norfolk</mark>
                                                                        **Arraignment Date:**
                              R 20/R 40 from District of _____     **In Norfolk**

                              Related Case Name and No: _____

Defendant Information:

**Juvenile --Yes ____ No X ____ FBI #** _____

**Defendant Name:** Letitia A. James _____   Alias Name(s) _____

**Address:** Brooklyn NJ  11238 _____

**Employment:** _____

**Birth date** 1958 _____ **SS#** 5080 _____ **Sex** F **Def Race** _____ Nationality _____ Place of Birth _____

**Height** _____ **Weight** _____ **Hair** _____ Eyes _____ Scars/Tattoos _____

   **Interpreter:** No ____ **Yes** List language and/or dialect: _____ Automobile Description _____

Location Status:

Arrest Date _____

____ Already in Federal Custody as of _____ in _____

____ Already in State Custody    ____ On Pretrial Release    X Not in Custody

____ Arrest Warrant Requested    ____ Fugitive    X Summons Requested

____ Arrest Warrant Pending    ____ Detention Sought    ____ Bond

Defense Counsel Information:

Name:   Abbe David Lowell _____   ____ Court Appointed    Counsel conflicted out: _____

            1250 H Street, NW
Address:   Washington DC  20005 _____   X Retained

Telephone: _____   ____ Public Defender    Federal Public Defender's Office conflicted out:

U.S. Attorney Information:

AUSA   Lindsey Halligan _____   Telephone No: 703-299-3700 _____   Bar # 109481 _____

Complainant Agency, Address & Phone Number  or Person & Title:

 Federal Bureau of Investigation, Washington Field Office

U.S.C. Citations:

|   | **Code/Section** | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1344 | Bank Fraud | 1 | Felony |
| Set 2 | 18 U.S.C. § 1014 | False Statements to a Financial Institution | 2 | Felony |
| Set 3 | | | | |

(May be continued on reverse)

**Date:** _____   Signature of AUSA:   /s/ _____