JS 45 (01/2008) **REDACTED**

Criminal Case Cover Sheet U.S. District Court

**Place of Offense:** Case Under Seal: Yes ___ No X   Judge Assigned: ___
City  Norfolk, VA   Superseding Indictment ___   Criminal Number: 2:25-cr-122
County/Parish ___   Same Defendant ___   New Defendant ___
Magistrate Judge Case Number ___   Arraignment Date: ___
Search Warrant Case Number ___   **TRANSFER to Norfolk**
R 20/R 40 from District of ___   **Arraignment Date: In Norfolk**
Related Case Name and No: ___

Defendant Information:

**Juvenile --Yes** ___ **No** X **FBI #** ___
**Defendant Name:** Letitia A. James   Alias Name(s) ___
**Address:** Brooklyn NY 11238
**Employment:** ___
**Birth date** 1958   **SS#** 5080   **Sex** F **Def Race** ___   Nationality ___   Place of Birth ___
**Height** ___ **Weight** ___ **Hair** ___   Eyes ___   Scars/Tattoos ___
**Interpreter:** No ___ Yes ___ List language and/or dialect: ___   Automobile Description ___

Location Status:

Arrest Date ___
___ Already in Federal Custody as of ___ in ___
___ Already in State Custody   ___ On Pretrial Release   X Not in Custody
___ Arrest Warrant Requested   ___ Fugitive   X Summons Requested
___ Arrest Warrant Pending   ___ Detention Sought   ___ Bond

Defense Counsel Information:
Name: Abbe David Lowell   ___ Court Appointed   Counsel conflicted out: ___
Address: 1250 H Street, NW   Washington DC 20005   X Retained
Telephone: ___   ___ Public Defender   Federal Public Defender's Office conflicted out:

U.S. Attorney Information:
AUSA Lindsey Halligan   Telephone No: 703-299-3700   Bar #109481
Complaintant Agency, Address & Phone Number or Person & Title:
Federal Bureau of Investigation, Washington Field Office

U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1344 | Bank Fraud | 1 | Felony |
| Set 2 | 18 U.S.C. § 1014 | False Statements to a Financial Institution | 2 | Felony |
| Set 3 | | | | |

(May be continued on reverse)

Date: ___   Signature of AUSA: /s/ ___