IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LETITIA A. JAMES,<br><br>Defendant. | Case No. 2:25-cr-122 |

## ORDER

The arraignment of Defendant Letitia A. James shall begin promptly at 11:00 a.m. on Friday, October 24, 2025, in Courtroom Five on the first floor of the Walter E. Hoffman United States Courthouse.

The courthouse opens at 8:30 a.m. Any changes to the schedule will be posted on the Court's website at https://www.vaed.uscourts.gov/court-schedules.

**Overflow Seating** — Because seating capacity will be limited, Magistrate Courtroom One, also on the first floor, will be reserved as an overflow courtroom. Magistrate Courtroom One will have screens which should enable attendees to see and hear what is happening in Courtroom Five. The hearing will not be delayed for transmission issues. All seating in Courtroom Five and Magistrate Courtroom One will be on a first-come basis. A court security officer will always be present in Magistrate Courtroom One to ensure that appropriate decorum is maintained.

FOOD AND WATER ARE NOT PERMITTED IN EITHER COURTROOM.

**Media** — Members of the media will be treated identically to other members of the public attending the hearing. The Court will not issue media passes and will not designate special seating for the press. Any media personnel who are unable to obtain a seat in Courtroom Five will have to find a seat in Magistrate Courtroom One, if a seat is available there.

**Courthouse Security** — The Court anticipates that there may be significant delays getting through security at the courthouse entrance. Attendees should plan their arrival times accordingly. To avoid delays, attendees should be aware of and follow all courthouse entry requirements found at https://www.vaed.uscourts.gov/Norfolk#security. In particular, ALL VISITORS MUST PRESENT A VALID PHOTO ID to gain admittance.

**Electronic Devices** — All visitors, including members of the media, who wish to bring a cellular telephone or smart watch to the courthouse will be required to power off the device(s) and place them into a Yondr Pouch upon entering the Courthouse. The pouch will be locked by a court security officer when the visitor enters the courthouse and unlocked at the courthouse exit as the visitor leaves. Further details regarding the courthouse electronics policy can be found on the Important Security Information page at the link provided above.

The Clerk is **DIRECTED** to post this Order on the Court's website.

**IT IS SO ORDERED.**

/s/ *JKW*

Norfolk, Virginia
October 16, 2025

Jamar K. Walker
United States District Judge