AO 83 (Rev. 06/09) Summons in a Criminal Case

**ORIGINAL**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.
LETITIA A. JAMES

Case No. 2:25-cr-122

Defendant

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: | United States District Court<br>Walter E. Hoffman U.S. Courthouse<br>600 Granby Street<br>Norfolk, Virginia 23510 | Courtroom No.: Magistrate Courtroom #2 |
|---|---|---|
| | | Date and Time: 10/24/2025 9:00 am |

This offense is briefly described as follows:

T. 18 U.S.C. § 1344 - Bank Fraud (Count 1, et. al.)

Date: 10/09/2025

*Issuing officer's signature*

Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons ☐ Returned this summons unexecuted

Date: 10/16/2025

*Server's signature*

Edwin Morales, DUSM
*Printed name and title*