IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Case No. 2:25-cr-122-JKW-DEM |
| LETITIA A. JAMES, | * |
| Defendant. | * |

### NOTICE OF INTENT TO FILE MOTION ON UNLAWFUL APPOINTMENT

Please take notice that on October 24, 2025, Letitia James, by counsel, will file her motion to dismiss the indictment that challenges the unlawful appointment of the United States Attorney for the Eastern District of Virginia, Lindsey Halligan. *See, e.g.*, *United States v. Comey*, No. 1:25-cr-272-MSN, ECF No. 41 (E.D. Va. Oct. 14, 2025); *United States v. Garcia*, No. 2:25-cr-00230-DGC-BNW, ECF No. 39 (D. Nev. Sept. 30, 2025); *United States v. Giraud, et al.*, No. 1:24-768-MWB, ECF Nos. 144, 145 (D.N.J. Aug. 21, 2025). In the interest of efficiency and to avoid any unnecessary delay, particularly if this Court must designate this motion to an out-of-district judge, Attorney General James files the instant Notice to formally alert the Court.[1]

Dated: October 23, 2025                              Respectfully submitted,

Abbe David Lowell (admitted pro hac vice)        Andrew Bosse (VSB No. 98616)
David A. Kolansky (admitted pro hac vice)         BAUGHMAN KROUP BOSSE PLLC

---

[1] Attorney General James intends to file additional motions to dismiss, but she is filing the appointment challenge now because another case making the same challenge, *United States v. Comey*, No. 1:25-cr-272-MSN, ECF No. 41 (E.D. Va. Oct. 14, 2025), has been referred to an out-of-district judge, and for judicial economy, the two motions should likely be consolidated. *See id.*, ECF No. 62.

1

| | |
|---|---|
| Isabella M. Oishi (admitted pro hac vice)<br>LOWELL & ASSOCIATES, PLLC<br>1250 H Street NW, Suite 250<br>Washington, DC 20005<br>Tel: 202-964-6110<br>Fax: 202-964-6116<br>alowellpublicoutreach@lowellandassociates.com<br>dkolansky@lowellandassociates.com<br>ioishi@lowellandassociates.com | 500 E. Main Street, Suite 1400<br>Norfolk, VA 23510<br>Tel: (757) 916-5771<br>abosse@bkbfirm.com |

*Attorneys for Letitia A. James*