# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

### *Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * Case No. 2:25-cr-122-JKW-DEM |
| | * |
| LETITIA A. JAMES, | * |
| | * |
| Defendant. | * |
| | * |
| * * * * * * * * | |

### [PROPOSED] ORDER GRANTING ATTORNEY GENERAL LETITIA A. JAMES' MOTION TO DISMISS THE INDICTMENT AND ENJOIN THE PROSECUTION

**THIS MATTER** having been brought before this Court by Defendant Letitia A. James for an Order dismissing the Indictment and enjoining Lindsey Halligan from supervising or participating in this prosecution because Ms. Halligan was not validly appointed as interim U.S. Attorney at the time she presented the case to the grand jury and authorized, signed, and returned the Indictment, and she has not been vested with the authority to litigate on behalf of the United States under any other statute; and the Court having reviewed and considered the submissions of the parties and finding good cause for the entry of the within Order;

**IT IS** on this _____ day of _____, 2025;

**ORDERED** that the Defendant's Motion be and hereby is GRANTED, and it is further;

**ORDERED** that the Indictment be and it hereby is dismissed, and it is further;

**ORDERED** that Ms. Halligan be and she hereby is enjoined from supervising or participating in any further proceedings in this matter.

October ___, 2025  
Norfolk, Virginia

_____  
Hon. Jamar K. Walker  
United States District Court Judge