# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   Case No.  2:25-cr-122-JKW-DEM |
| | * |
| LETITIA A. JAMES, | * |
| | * |
| Defendant. | * |

\*   \*   \*   \*   \*   \*   \*

## LETITIA A. JAMES' MOTION TO EXCEED THE PAGE LIMIT FOR PRETRIAL MOTION

Attorney General Letitia A. James, by and through undersigned counsel, moves this Honorable Court for leave to exceed, by up to fifteen pages, the 30-page limit set forth in Eastern District of Virginia Local Criminal Rule 47(F)(3) for her forthcoming Motion to Dismiss for Vindictive and Selective Prosecution (the "Motion") and by five pages, the 20-page limit for any reply in support of the Motion.

The Motion will seek dismissal of the indictment as an unconstitutional vindictive and selective prosecution. There is good cause to enlarge the page limit for both parties because these important issues require a substantial factual recitation and legal analysis.

Counsel conferred with the government on October 28, 2025. The government does not oppose this request, and Attorney General James agrees to provide the government the same leave to exceed, by up to fifteen pages, the 30-page limit for any opposition to the Motion.

A proposed order is attached.

Dated: October 29, 2025

1

Respectfully submitted,

| | |
|---|---|
| */s/ Abbe David Lowell* | */s/ Andrew Bosse* |
| Abbe David Lowell (*admitted pro hac vice*) | Andrew Bosse (VSB No. 98616) |
| David A. Kolansky (*admitted pro hac vice*) | BAUGHMAN KROUP BOSSE PLLC |
| Isabella M. Oishi (*admitted pro hac vice*) | 500 E. Main Street, Suite 1400 |
| LOWELL & ASSOCIATES, PLLC | Norfolk, VA 23510 |
| 1250 H Street NW, Suite 250 | Tel: (757) 916-5771 |
| Washington, DC 20005 | ABosse@bkbfirm.com |
| Tel: 202-964-6110 | |
| Fax: 202-964-6116 | |
| ALowellpublicoutreach@lowellandassociates.com | |
| DKolansky@lowellandassociates.com | |
| IOishi@lowellandassociates.com | |

*Attorneys for Letitia A. James*