AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 2:25-CR-00122-JKW-DEM |
| LETITIA A. JAMES | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNITED STATES OF AMERICA.

Date: 11/03/2025

/s/ Henry C. Whitaker
*Attorney's signature*

Henry C. Whitaker (Fla. Bar No. 1031175)
*Printed name and bar number*

950 Pennsylvania Ave. NW
Washington, D.C. 20530
*Address*

henry.whitaker@usdoj.gov
*E-mail address*

(202) 445-8942
*Telephone number*

*FAX number*