IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * Case No. 2:25-cr-122 |
| | * |
| LETITIA A. JAMES, | * |
| | * |
| Defendant. | * |
| | * |
| * * * * * * * | |

**ORDER**

With the consent of the government and for good cause shown, Defendant Letitia A. James's the motion to reset the December 17, 2025 hearing date for additional pretrial motions is **GRANTED**.

The Court hereby resets the hearing on any additional pretrial motions from December 17, 2025, at 11:00 a.m., to December 22, 2025, at 3:00 p.m.

/s/
_____
Jamar K. Walker
United States District Judge

Norfolk, Virginia
November 4, 2025