# Exhibit D



*Administration of Donald J. Trump, 2025*

## Memorandum on Rescinding Security Clearances and Access to Classified Information From Specified Individuals
*March 21, 2025*

*Memorandum for the Heads of Executive Departments and Agencies*

*Subject:* Rescinding Security Clearances and Access to Classified Information from Specified Individuals

I have determined that it is no longer in the national interest for the following individuals to access classified information: Antony Blinken, Jacob Sullivan, Lisa Monaco, Mark Zaid, Norman Eisen, Letitia James, Alvin Bragg, Andrew Weissmann, Hillary Clinton, Elizabeth Cheney, Kamala Harris, Adam Kinzinger, Fiona Hill, Alexander Vindman, Joseph R. Biden Jr., and any other member of Joseph R. Biden Jr.'s family. Therefore, I hereby direct every executive department and agency head to take all additional action as necessary and consistent with existing law to revoke any active security clearances held by the aforementioned individuals and to immediately rescind their access to classified information. I also direct all executive department and agency heads to revoke unescorted access to secure United States Government facilities from these individuals.

This action includes, but is not limited to, receipt of classified briefings, such as the President's Daily Brief, and access to classified information held by any member of the Intelligence Community by virtue of the named individuals' previous tenure in the Congress.

In the event that any of the named individuals received a security clearance by virtue of their employment with a private entity, the United States Government entity that granted the security clearance should inform the private entity that these individuals' ability to access classified information has been revoked.

This memorandum is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

DONALD J. TRUMP

NOTE: The memorandum referred to former Secretary of State Antony J. Blinken; former National Security Adviser Jacob J. Sullivan; former Deputy Attorney General Lisa A. Monaco; Mark S. Zaid, founding partner, Mark S. Zaid, PC; Norman Eisen, senior fellow in governance studies, Center for Effective Public Management at the Brookings Institution; New York State Attorney General Letitia James; Manhattan District Attorney Alvin L. Bragg, Jr.; Andrew B. Weissman, retired partner, WilmerHale; 2016 Democratic Presidential nominee Hillary Rodham Clinton; former Reps. Elizabeth L. Cheney and Adam D. Kinzinger; former Vice President Kamala D. Harris and President Joseph R. Biden, Jr.; former National Security Council Senior Director for European and Russian Affairs Fiona Hill; and former National Security Council Director for European Affairs Alexander S. Vindman. An original was not available for verification of the content of this memorandum.

*Categories:* Communications to Federal Agencies : Security clearances and classified information access, rescission from specified individuals, memorandum.

*Names:* Biden, Joseph R., Jr.; Blinken, Antony J.; Bragg, Alvin L. Jr.; Cheney, Elizabeth; Clinton, Hillary Rodham; Eisen, Norman; Harris, Kamala D.; Hill, Fiona; James, Letitia;

Kinzinger, Adam D.; Monaco, Lisa A.; Sullivan Jacob J.; Vindman, Alexander S.; Weissmann, Andrew B.; Zaid, Mark S.

*Subjects:* Security clearances and classified information access, rescission from specified individuals.

*DCPD Number:* DCPD202500388.