# Exhibit G



United States Department of Justice

**Edward R. Martin, Jr.**
United States Pardon Attorney
Special Attorney for Mortgage Fraud
Associate Deputy Attorney General
Director of the Weaponization Working Group

Robert F. Kennedy Federal Building
950 Pennsylvania Avenue NW
Washington, DC  20530

August 12, 2025

Mr. Abbe David Lowell, Esq.
Lowell & Associates, PLLC 1
701 Rhode Island Avenue
Washington, DC 20036
VIA EMAIL: inquiries@lowellandassociates.com

Dear Sir,

I imagine you were mortified to read – online and publicly - your recent letter to U.S. Attorney General Pam Bondi (April 24, 2025).  On page 4, you make admissions about your client Letitia James' conduct that are stunning to me.

I am Special Attorney investigating many matters including the criminal referral to which you refer in the Bondi letter.

I believe that your admission regarding Letititia James' conduct indicates that she is serious about addressing the problems presented in the referral.  After all, her approval of your letter includes the admission although she likely did not expect it to be published.

At this time, Letitia James would best serve the "good of the state and nation" by resigning from office to address the issues in the referral.  Her resignation from office would give the people of New York and America more peace than proceeding.  I would take this as an act of good faith.

Because of your reputation for using the media to argue your points, I prefer that we communicate by letter. I find leaks like your Bondi letter professionally unacceptable and personally insulting. To that end, I specifically ask that you redouble your efforts to not leak this confidential letter. I prefer not to have to move in court to stop you or your client from leaking.

Thank you for considering this and alerting your client to this letter.

All the best.

*Edward R. Martin, Jr.*

Edward R. Martin, Jr.
ed.martinjr@usdoj.gov
202-252-6623