AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 2:25-cr-122 |
| Letitia A. James | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: New York State Commission on Ethics and Lobbying in Government
Attn: Commission's Investigations Unit
540 Broadway
Albany, NY 12207

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse<br>600 Granby Street<br>Norfolk, VA 23510 | Courtroom No.: | Norfolk Courtroom 5 |
|---|---|---|---|
| | | Date and Time: | 01/26/2026 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

You have been served with a trial subpoena being conducted in this district. The trial subpoena directs you to appear for testimony at trial on the dated above. In lieu of trial appearance, kindly produce and provide all requested documents on or before 12/05/2025. Any questions pertaining to the documents/records requested should be directed to Assistant U.S. Attorney Roger Keller (757) 441-6331.

(SEAL)

Date: 11/12/2025

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ___U.S.A___, who requests this subpoena, are:

Roger Keller, AUSA
(757) 441-6331

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 2:25-cr-122

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

VAE U.S. Attorney's Office, Norfolk Office
101 W. Main Street, Suite 8000
Norfolk, VA 23510
*Server's address*

Documents requested for trial on or before 12/02/2025: