AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| <u>UNITED STATES</u><br>*Plaintiff*<br>v.<br><u>LETITIA A. JAMES</u><br>*Defendant* | )<br>)<br>)  Case No.  2:25-cr-00122 (JKW)<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

<u>Amicus Project Democracy</u>

Date: <u>11/12/2025</u>

<u>//s// Victor M. Glasberg</u>
*Attorney's signature*

<u>Victor M. Glasberg, #16184</u>
*Printed name and bar number*

Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314

*Address*

<u>vmg@robinhoodesq.com</u>
*E-mail address*

<u>(703) 684-1100</u>
*Telephone number*

<u>(703) 684-1104</u>
*FAX number*