Judge: **Cameron M. Currie**

| | |
|---|---|
| Date: 11/13/2025 | Reporter: Diane Salters |
| Time: 10:00 A.M. to 11:13 A.M. | Courtroom Deputy: Lynnelle Creek |

| UNITED STATES of AMERICA | | UNITED STATES of AMERICA | |
|---|---|---|---|
| vs. | | vs. | |
| **JAMES B. COMEY JR.** | **1:25-CR-272** | **LETITIA A. JAMES** | **2:25-CR-122** |
| Defendant's Name | Case Number | Defendant's Name | Case Number |
| Jessica Carmichael, Elias Kim, Ephriam McDowell, Michael Dreeben, Patrick Fitzgerald, and Rebekah Donaleski | Andrew Bosse, John Bolen, and Abbe Lowell | Henry Whitaker, Lindsey Halligan, Nathaniel Lemons, and Gabriel Diaz | |
| Counsel for Defendant Comey | Counsel for Defendant James | Counsel for Government | |

Matter called for:
(✓) Motions         ( ) Setting Trial Date      ( ) Change of Plea Hrg.     ( ) Rule 35
( ) Arraignment     ( ) Appeal from USMC        ( ) Sentencing              ( ) Rule 20 & Plea ()
( ) Probation/Supervised Release Hrg.           ( ) Pre-Indictment Plea     Other: _____

Defendant Comey appeared:  (✓) in person        ( ) failed to appear
                            (✓) with Counsel     ( ) without counsel         ( ) through counsel

Defendant James appeared:   ( ) in person        ( ) failed to appear
                            ( ) with Counsel     ( ) without counsel         (✓) through counsel

**PROCEEDING**

- Motions to Dismiss Indictment based on Unlawful Appointment (1:25-cr-272, dkt. 60) (2:25-cr-122, dkt. 22)- TAKEN UNDER ADVISEMENT.
- Defendants continued on previous conditions.
- Order to follow.