# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

| |
|---|
| THE UNITED STATES OF AMERICA <br><br> v. <br><br> LETITIA A. JAMES, <br> *Defendant.* |

No. 2:25-CR-122-JKW-DEM

## WAIVER OF ORAL ARGUMENT

Pursuant to Local Criminal Rule 47(E) and (J), undersigned counsel submits the Motion for Leave to File *Amici Curiae* Brief of University Professors and Scholars in Support of Defendant's Motion to Dismiss Indictment for Vindictive and Selective Prosecution on the papers. *Amici* waive argument on the Motion. Ms. James consents. The United States indicated it opposes *amici's* motion but did not specify its position with respect to the waiver.

Dated: November 14, 2025

Respectfully submitted,

Trey R. Kelleter, Esq.
VSB #41606
KelleterLaw PC
101 W. Main Street, Suite 100
Norfolk, Virginia 23510
Phone & fax: (757) 500-7666
trey@kelleterlaw.com

Maithreyi Ratakonda*
Christine P. Sun*
STATES UNITED DEMOCRACY CENTER
45 Main Street, Suite 320
Brooklyn, NY 11201
(202) 999-9305
mai@statesunited.org
christine@statesunited.org

Marina Eisner*
Samantha Trepel*
STATES UNITED DEMOCRACY CENTER
1101 17th St. NW, Suite 250
Washington, DC 20036
(202) 999-9305
marina@statesunited.org
sam@statesunited.org

*Counsel for Amici Curiae University Professors and Scholars*

*Pro Hac Vice Application Forthcoming

## CERTIFICATE OF SERVICE

I certify that on this 14th day of November 2025, I hand filed the foregoing with the Clerk of Court. A true and correct copy has been served via electronic service on all counsel of record.

Dated: November 14, 2025

Trey R. Kelleter, Esq.
VSB #41606
KelleterLaw PC
101 W. Main Street, Suite 100
Norfolk, Virginia 23510
(757) 500-7666
trey@kelleterlaw.com

*Counsel for Amici Curiae*
*University Professors and Scholars*