**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No.: 2:25-CR-00122-JKW-DEM |
| LETITIA A. JAMES, | |
| Defendant. | |

**ORDER**

On consideration on the Motion for Leave to File Brief, and the Court finding good cause to grant the motion, it is hereby ORDERED:

1. The Motion is GRANTED

2. The proposed brief submitted simultaneously with the Motion shall be filed in this action upon entry of this Order.

SO ORDERED this ____ day of _____, 2025.


_____
The Honorable Cameron McGowan Currie
United States District Judge