IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LETITIA A. JAMES,<br><br>Defendant. | Case No. 2:25-cr-122 |

### ORDER

The Court has received several motions for leave to file amicus briefs in this case. ECF Nos. 73, 77, 81, 82. For good cause shown, the motions are **GRANTED**. The Clerk is **DIRECTED** to docket the proposed briefs associated with each motion.

**IT IS SO ORDERED.**

/s/
_____
Jamar K. Walker
United States District Judge

Norfolk, Virginia
November 17, 2025