# Exhibit B

# L O W E L L  *&*  A S S O C I A T E S ,  P L L C

### 1 7 0 1  R H O D E  I S L A N D  A V E N U E
### W A S H I N G T O N ,  D C  2 0 0 3 6

Abbe David Lowell, Esq.

April 24, 2025

The Honorable Pamela J. Bondi
Attorney General of the United States
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Dear Attorney General Bondi:

I represent New York State Attorney General Letitia James and have reviewed U.S. Federal Housing Director William Pulte's April 14, 2025 letter titled (in bold and italics), "*Criminal Referral.*"  I write to address the latest act of improper political retribution—this time directed at Ms. James—publicly instigated and endorsed by President Trump.  The stunning hypocrisy of President Trump's complaint that the Justice Department had been "politicized" and "weaponized" against him is laid bare as he and others in his Administration are now asking you to undertake the very same practice.  This so-called "Criminal Referral," which recycles long-disproven allegations and is "[b]ased on media reports" lacks any credible foundation.  Having one of the President's aides shout to reporters that "[s]he is guilty of multiple, significant, serial criminal violations"[1] is no substitute for the facts.

## *Political Retribution*

During the 2024 campaign for president and since taking office, President Trump has made clear that he will use the power of the Executive Branch to seek revenge on those he deems to have done him wrong or been his perceived enemies.  Here are just some of his past remarks:

"I am your warrior. I am your justice. . . . I am your retribution.";[2]

"IF YOU GO AFTER ME, I'M COMING AFTER YOU!"[3]

---

[1] Statement of Stephen Miller, White House Homeland Security Adviser and Deputy Chief of Staff for Policy, to Reporters outside the White House (April 18, 2025), *available on* youtube.com.

[2] Donald Trump Remarks at CPAC (March 4, 2023), *available at* https://www.c-span.org/clip/campaign-2024/former-pres-trump-i-am-your-justicei-am-your-retribution/5060238.

[3] @realDonaldTrump, Truth Social (Aug. 4, 2023, 4:16 PM), *available at* truthsocial.com.

USAO-00002630

In fact, Mr. Trump has singled out Attorney General James dating back to her campaign in 2018, and ever more so during and after the trial and verdict in New York in which Mr. Trump and the Trump Organization were found liable for financial fraud and assessed a $454 million judgment.  For instance:

"How do I get a fair trial with a monster like 'Attorney General' Peekaboo James, who is willing to break every law in the book?  This is not a legitimate trial . . ."[4]

". . . A bond of the size set by the Democrat Club-controlled Judge, in Corrupt, Racist Letitia James' unlawful Witch Hunt, is unConstitutional, un-American, unprecedented, and practically impossible for ANY Company, including one as successful as mine."[5]

Calling for Attorney General James to be "placed under citizens arrest" for "blatant election interference and harassment."[6]

As President, he even directed the heads of Executive Departments and Agencies to revoke the security clearance and any access to classified information from Attorney General James and others of Mr. Trump's perceived political opponents.[7]

U.S. Federal Housing Director William Pulte is the latest administration officer to carry out the all-too-familiar playbook of the President: praise the judicial system and those who serve it when he wins; criticize it when he loses, and attack those—attorneys and judges, alike —who are doing their jobs to protect and uphold the rule of law.

To your great credit, during your confirmation process, you addressed this issue and assured the Senate and all Americans when you said:

"Yes, I believe that the Justice Department must be independent and must act independently. . . . Politics will not play a part. I've demonstrated that my entire career as a prosecutor, as attorney general, and I will continue to do that if you confirm me[.]"

"I wouldn't work at a law firm, I wouldn't be a prosecutor, I wouldn't be Attorney General if anyone asked me to do something improper and I felt I had to carry that out. Of course I would not do that."[8]

Your assurances give us confidence that you will not allow anyone to politicize your Department.

---

[4] @realDonaldTrump, Truth Social (Oct. 14, 2023, 7:48 PM), *available at* truthsocial.com.

[5] @realDonaldTrump, Truth Social (Mar. 18, 2024 7:05 PM), *available at* truthsocial.com.

[6] Alex Woodward, *Trump Shares Call For 'Citizen's Arrest' Of Letitia James And His Fraud Trial Judge*, The Independent (Nov. 14, 2023), *available at* the-independent.com.

[7] The White House, Presidential Memoranda, *Rescinding Security Clearances and Access to Classified Information from Specified Individuals* (Mar. 22, 2025), *available at* whitehouse.gov.

[8] Transcript, The Nomination of the Honorable Pamela Jo Bondi to be Attorney General of the United States, U.S. Senate Comm. on the Judiciary (Jan. 15, 2025), *available at* judiciary.senate.gov.

USAO-00002631

*Weaponization*

Another of candidate Trump's frequent rebukes was against the Justice Department and the FBI, during the previous administration, for having been "weaponized" against him and his businesses and associates.

"The Biden regime's weaponization of our system of justice is straight out of the Stalinist Russia horror show."[9]

In fact, one of his first Executive Orders on January 20, 2025 was actually titled, "Ending The Weaponization Of The Federal Government."[10]  President Trump reiterated that commitment when he spoke at the Justice Department on March 14, 2025, and said: "We're turning the page on four years of corruption, weaponization . . . and we're restoring fair, equal and impartial justice under the constitutional rule of law."[11]  We had hoped he meant that, but Director Pulte's letter seeking to revive baseless allegations raised by Attorney General James' online critics or those in the media amplifying them with the stunning admission that his "referral" is "[b]ased on media reports" is the definition of "hypocrisy."[12]

The issue of weaponizing law enforcement and the Justice Department in particular was raised during your confirmation hearings and again you appropriately responded:

"If confirmed, I will fight every day to restore confidence and integrity to the Department of Justice and each of its components. The partisanship, the weaponization will be gone."

"I will not politicize that office, I will not target people simply because of their political affiliation. Justice will be administered even-handedly throughout this country."[13]

What Director Pulte is attempting now is the opposite.

*Baseless Allegations*

Director Pulte's letter, itself "[b]ased on media reports," raises three issues: one reference out of an entire file of documents to a property in Virginia being Ms. James' "principal residence"; one 24-year-old document among a pile of others defining a Brooklyn property as having five dwellings when a loan in question called for only four; and two decades-old references (one 42

---

[9] Michael Schmidt et al., *Trump Says the Justice System Has Been Weaponized. He Would Know.*, N.Y. Times (Mar. 29, 2023), *available at* nytimes.com.

[10] https://www.whitehouse.gov/presidential-actions/2025/01/ending-the-weaponization-of-the-federal-government/.

[11] Remarks by President Trump, Address to the Staff at the Department of Justice (Mar. 14, 2025).

[12] *Hypocrisy* ("behavior that contradicts what one claims to believe or feel"), Merriam-Webster's Online Dictionary, *available at* merriam-webster.com.  A snapshot of Director Pulte's letter should be inserted as an example.

[13] Transcript, The Nomination of the Honorable Pamela Jo Bondi to be Attorney General of the United States, U.S. Senate Comm. on the Judiciary (Jan. 15, 2025), *available at* judiciary.senate.gov.

April 24, 2025
Page 4

years old and the other 24 years old) to documents filled out by Ms. James' deceased father where he either checked a wrong box or misstated his relationship with Ms. James to be spousal rather than parental. I will address each one in turn.

      i.   *Norfolk, Virginia Property*

      In 2023, Ms. James assisted her niece, Shamice Thompson-Hairston, who needed financial support, with the down payment to purchase a home in Norfolk, Virginia. The mortgage application required only one individual to live at the property. Director Pulte cherry-picked an August 17, 2023 power of attorney that mistakenly stated the property to be Ms. James' principal residence and at the same time absolutely ignored her very clear and all caps statement *two weeks* earlier to the mortgage loan broker that "[t]his property WILL NOT be my primary residence[.] It will be Shamice's primary residence." **Exhibit A**. The broker understood this, and that Ms. James was not a Virginia resident, and replied, "Section 4 indicates that the property will be occupied as a primary residence for Shamice. . . . Your declaration is marked as a non-occupying co-borrower." ***Id.***

      Furthermore, after the erroneous power of attorney (given to the person who would be the principal resident), Ms. James filled out a Uniform Residential Loan Application, including property "occupancy" information for the loan, in which she again made clear that the Norfolk property was not her "primary residence." Section 5 of the Loan Application, titled 'Declarations,' asks, "Will you occupy the property as your primary residence?" and Ms. James marked "NO." ***Id.*** And yet, in the hundreds of pages that comprise the Norfolk loan application and other mortgage documents, Director Pulte points to a two-page power of attorney that was clearly mistaken and failed to reference Ms. James' clear and repeated accurate statements.

      If Ms. James' declaration in her loan application from the time of the purchase was not enough, I hope this letter (and its exhibits) put this stale claim to rest.

      ii.   *Brooklyn, New York Property*

      In 2001, Ms. James purchased her Brooklyn, New York home with her savings to facilitate supporting her mother (sick at the time) and give other family members a place to live. Ms. James and her family members have lived there since 2001. The co-occupancy dwelling has four floors and, for as long as Ms. James has lived there, the property has always functioned as a four-person residence. Initially, Ms. James' mother lived on the first floor; Ms. James occupied the second floor; a close family friend occupied the third floor; and her brother occupied the fourth floor. The basement did not have any unit. After Ms. James' mother died, and to this day, Ms. James has occupied the first and second floor units for herself, while her close family friend and brother occupy units on the top two floors.

      Director Pulte points to a 24-year-old certificate of occupancy listing the property as having five units, despite that the property has functioned as a four-unit residence for the past 24 years since Ms. James bought it. In fact, a document he is well aware of, the August 23, 2011 Home Affordable Modification Program application, confirms it as being a four-unit property. Worse yet, Director Pulte *ignores* altogether the other New York City records that list the Brooklyn

property as a four-unit property, including the NYC Department of Finance property record listing the Brooklyn property's Building Class as "C3 – Four Families" for tax purposes (e.g., 4 residential units).[14]   **Exhibit B**.   In addition, the NYC Department of Housing Preservation and Development (HPD) lists the Brooklyn property as having "4" "A Units" and "0" "B Units"—demonstrating, again, that Ms. James' Brooklyn residence has been used as a four-unit residence since 2001.[15]  **Exhibit C**.  Simply put, cherry-picking a 24-year-old certificate of occupancy and ignoring the many times the City's records say the opposite is what happens when a so-called "criminal referral" is "[b]ased on media reports."

### iii.  *Queens, New York Property*

In 1983, Ms. James' father, Robert James sought to buy a home for his family in the Jamaica neighborhood of Queens, New York.  He asked his daughter (then a few years out of school) to help by allowing him to add her name to the mortgage application.  Mr. James filled out the mortgage material (wherein he described their relationship as being "spouses") and purchased the home without his daughter's involvement.  Yet, in a predictable pattern here, Director Pulte cites a mistaken May 20, 1983 document Mr. James filled out to cast his baseless allegation while again *ignoring* the other supporting documentation, one on the same exact date that correctly describes Ms. James as being his daughter.  The actual May 20, 1983 property deed for the Jamaica, Queens residence lists Robert James "and Letitia James, *his daughter*."  **Exhibit D** (emphasis added).

\*     \*     \*

As I have set forth, the exhibits Director Pulte included with his letter are notable for the fact that he omitted numerous other records (some of which we have included) which refute the allegations of impropriety or make clear that a mistake on one line had no significance.  Look at the entire file of each event, the haste in which one document has one line filled out in error, and the clear fact that, with the exception of attending school, Attorney General James has only lived in Brooklyn, and the "criminal referral" becomes three pages of stale, threadbare allegations with no reason to proceed other than they are "[b]ased on media reports" and are the next salvo in President Trump's revenge tour against Attorney General James.

In your position as Florida's 37th Attorney General and now the nation's top prosecutor, you brought or will bring cases as part of your oath to support and defend the Constitution of the United States and faithfully discharge the duties of the office.  When you do so based on probable cause in a criminal case or an initial finding of civil liability, you are not "weaponizing," you are carrying out your sworn duty.  No one is better than you to recognize that Attorney General James is being targeted for having done the same things in her work, including the case against Mr. Trump and his companies.

---

[14] NYC Department of Finance property records available at https://propertyinformationportal.nyc.gov/parcels.

[15] NYC Department of HPD building information available at https://hpdonline.nyc.gov/hpdonline/.

April 24, 2025
Page 6

     If there is anything that you believe I have not addressed in the real facts and documents provided, please let me know.  Otherwise, we would expect a quick response confirming that this referral matter has been closed by the Department.


Sincerely,

Abbe David Lowell

*Counsel for Attorney General Letitia James*

# ATTACHMENTS

USAO-00002636

# Exhibit A

USAO-00002637

 Outlook

**Fwd: Thank you from Michael Voci**

**From** LETITIA JAMES ███████████████

**Date** ████████████

**To** ████████████████████████████████

[EXTERNAL]

████████████████████████████████

Begin forwarded message:

**From:** Mike Voci ████████████████
**Date:** August 3, 2023
**To:** LETITIA JAMES<████████████████
**Subject: RE: Thank you from Michael Voci**

Good morning Letitia!

**1.**
Section 4 indicates that the property will be occupied as a primary residence for Shamice. The loan is originated as a primary residence. Your declaration is marked as a non-occupying co-borrower. The file is set up correctly and rate is locked as a primary residence.

# Section 5: Declarations. This section asks you specific questions about the property, your funding, and your past financial history.

## 5a. About this Property and Your Money for this Loan

**A.** Will you occupy the property as your primary residence?

⦿ NO  ◯ YES

If YES, have you had an ownership interest in another property in the last three years?

◯ NO  ⦿ YES

If YES, complete (1) and (2) below:

(1) What type of property did you own: primary residence (PR), FHA secondary residence (SR), second home (SH), or investment property (IP)?

PR

(2) How did you hold title to the property: by yourself (S), jointly with your spouse (SP), or jointly with another person (O)?

S

**2.** ████████████████████████████████████

USAO-00002638

| | |
|---|---|
| Employee ID: | ██████ |
| Department: | 03009 |
| Location: | Office of the Attorney General |
| Job Title: | ATTORNEY GENERAL |
| Pay Rate: | ████████ |

**3.**

I will get with Jason how and if it is included in the contract as a credit, PICRA repair, or on an addendum outside of the purchase agreement sent to lender.



## Mike Voci

Mortgage Loan Originator - NMLS# 1380990

**OVM with AnnieMac Home Mortgage**
5040 Corporate Woods Drive, Suite 101, Virginia Beach, VA, 23462

**Email:** ████████████
**Cell:** ████████
**Fax:** ████████

**Web:** https://MichaelVoci.annie-mac.com



NMLS# 338923

| SCHEDULE A MEETING | APPLY NOW | LEAVE A REVIEW |
|---|---|---|

## Warning – please read!
### WIRE FRAUD IS ON THE RISE.

Please note, AnnieMac Home Mortgage will NEVER send money, wire, transfer or disbursement instructions as part of your loan application process. You should receive such instructions from your Closing Agent. Contact the Closing Agent directly for confirmation.

If you receive such instructions from what appears to be an AnnieMac email account, please contact incident@annie-mac.com.

USAO-00002639

At American Neighborhood Mortgage Acceptance Company LLC (DBA AnnieMac Home Mortgage), our goal is exceeding your expectations by delivering world-class customer service. We would appreciate any feedback regarding your experience with American Neighborhood Mortgage Acceptance Company LLC by contacting us at info@annie-mac.com

====================================================================================

This e-mail may contain confidential and/or privileged information. If you are not the intended recipient or a person responsible for delivering it to the intended recipient, (or have received this e-mail in error) do not read, copy or distribute the email or any attachments. Instead, please notify the sender and delete or destroy the email and any attachments without saving in any manner. Any unauthorized use, copying, disclosure or distribution of the material in this e-mail is strictly forbidden.

Company NMLS# 338923
Complete license information disclosed at: https://www.annie-mac.com/licensing
www.nmlsconsumeraccess.org

---

**From:** LETITIA JAMES ███████████
**Sent:** Wednesday, August 2, 2023 7:59 PM
**To:** Mike Voci ███████████
**Subject:** Re: Thank you from Michael Voci

Section 4 - indicate primary occupancy. Please correct.  2) ███████████████████████████████  3) I need to know the credit that owner is paying for roof.  Roof will not pass FHA approval.

Sent from my iPhone

> On Aug 2, 2023, at 1:22 PM, Mike Voci ███████████████ wrote:
>
> It's on form 1003 (universal residential loan application). I attached it for your records. Your part starts on page 9 and the declaration for occupancy status is on page 12 section 5. If you see anything that needs to be edited please let me know and we can change it before it is submitted to be processed.





## Mike Voci

Mortgage Loan Originator - NMLS# 1380990

**OVM with AnnieMac Home Mortgage**
5040 Corporate Woods Drive, Suite 101, Virginia Beach, VA, 23462

NMLS# 338923

**Email:** ▮▮▮▮▮▮▮▮▮▮

**Cell:** ▮▮▮▮▮▮
**Fax:** ▮▮▮▮▮▮

**Web:** https://MichaelVoci.annie-mac.com

SCHEDULE A MEETING

APPLY NOW

LEAVE A REVIEW

## Warning – please read!

### WIRE FRAUD IS ON THE RISE.

**Please note, AnnieMac Home Mortgage will NEVER send money, wire, transfer or disbursement instructions as part of your loan application process. You should receive such instructions from your Closing Agent. Contact the Closing Agent directly for confirmation.**

**If you receive such instructions from what appears to be an AnnieMac email account, please contact incident@annie-mac.com.**

At American Neighborhood Mortgage Acceptance Company LLC (DBA AnnieMac Home Mortgage), our goal is exceeding your expectations by delivering world-class customer service. We would appreciate any feedback regarding your experience with American Neighborhood Mortgage Acceptance Company LLC by contacting us at info@annie-mac.com
======================================================================
This e-mail may contain confidential and/or privileged information. If you are not the intended recipient or a person responsible for delivering it to the intended recipient, (or have received this e-mail in error) do not read, copy or distribute the email or any attachments. Instead, please notify the sender and delete or destroy the email and any attachments without saving in any manner. Any unauthorized use, copying, disclosure or distribution of the material in this e-mail is strictly forbidden.

USAO-00002641

---

**From:** LETITIA JAMES
**Sent:** Wednesday, August 2, 2023 1:16 PM
**To:** Mike Voci <​​​​​​​​​​​​>
**Subject:** Re: Thank you from Michael Voci

Where is form that indicates that propert is not my prime residence? I cannot find it

Sent from my iPhone

> On Aug 2, 2023, at 1:13 PM, LETITIA JAMES wrote:
>
> Ok
>
> Sent from my iPhone
>
>> On Aug 2, 2023, at 1:10 PM, Mike Voci wrote:
>>
>> Yes you will receive a copy but to be safe it is a good idea to waive your right to the 3 day seasoning period to close after receipt.

<image002.png>

<image003.png>

**Mike Voci**
Mortgage Loan Originator - NMLS# 1380990

**OVM with AnnieMac Home Mortgage**
5040 Corporate Woods Drive, Suite 101, Virginia Beach, VA, 23462

NMLS# 338923     **Email:**

**Cell:**
**Fax:**

**Web:** https://MichaelVoci.annie-mac.com

<image004.png>

<image005.png>

<image006.png>

**<span style="color:red">Warning – please read!</span>**
<span style="color:red">**WIRE FRAUD IS ON THE RISE.**</span>
**Please note, AnnieMac Home Mortgage will NEVER send money, wire, transfer or disbursement instructions as part of your loan application process. You should receive such instructions from your Closing Agent.  Contact the Closing Agent directly for confirmation.**

**If you receive such instructions from what appears to be an AnnieMac email account, please contact incident@annie-mac.com.**

At American Neighborhood Mortgage Acceptance Company LLC (DBA AnnieMac Home Mortgage), our goal is exceeding your expectations by delivering world-class customer service. We would appreciate any feedback regarding your experience with American Neighborhood Mortgage Acceptance Company LLC by contacting us at info@annie-mac.com
==============================================================================
This e-mail may contain confidential and/or privileged information. If you are not the intended recipient or a person responsible for delivering it to the intended recipient, (or have received this e-mail in error) do not read, copy or distribute the email or any attachments. Instead, please notify the sender and delete or destroy the email and any attachments without saving in any manner. Any unauthorized use, copying, disclosure or distribution of the material in this e-mail is strictly forbidden.

Company NMLS# 338923
Complete license information disclosed at: https://www.annie-mac.com/licensing
www.nmlsconsumeraccess.org

**From:** LETITIA JAMES <span style="background:black;color:black">████████</span>
**Sent:** Wednesday, August 2, 2023 1:09 PM
**To:** Mike Voci <span style="background:black;color:black">████████</span>
**Subject:** Re: Thank you from Michael Voci

And we need copy of appraisal report

Sent from my iPhone

> On Aug 2, 2023, at 1:06 PM, LETITIA JAMES <span style="background:black;color:black">████████</span> wrote:
>
> This property WILL NOT be my primary residence    It will be Shamice's primary residence.
>
> Sent from my iPhone

> On Aug 2, 2023, at 12:24 PM, LETITIA JAMES <span style="background:black;color:black">████████</span> wrote:

No, I cannot download for some reason
Sent from my iPhone

On Aug 2, 2023, at 12:19 PM, Mike Voci ███████████████ wrote:

Were you able to create your account?

<image002.png>

<image003.png>

**Mike Voci**
Mortgage Loan Originator - NMLS# 1380990

**OVM with AnnieMac Home Mortgage**
5040 Corporate Woods Drive, Suite 101, Virginia Beach, VA, 23462

NMLS# 338923

**Email:** ████████████████

**Cell:** ████████
**Fax:** 

**Web:** https://MichaelVoci.annie-mac.com

<image004.png>

<image005.png>

<image006.png>

**Warning – please read!**
WIRE FRAUD IS ON THE RISE.
Please note, AnnieMac Home Mortgage will NEVER send money, wire, transfer or disbursement
instructions as part of your loan application process. You should receive such instructions from
your Closing Agent. Contact the Closing Agent directly for confirmation.

USAO-00002644

If you do not wish to receive future emails from AnnieMac Home Mortgage, or this is in error, please
contact incident@annie-mac.com.

At American Neighborhood Mortgage Acceptance Company LLC (DBA AnnieMac Home Mortgage), our goal is exceeding your expectations by delivering world-class customer service. We would appreciate any feedback regarding your experience with American Neighborhood Mortgage Acceptance Company LLC by contacting us at info@annie-mac.com

===============================================================================
This e-mail may contain confidential and/or privileged information. If you are not the intended recipient or a person responsible for delivering it to the intended recipient, (or have received this e-mail in error) do not read, copy or distribute the email or any attachments. Instead, please notify the sender and delete or destroy the email and any attachments without saving in any manner. Any unauthorized use, copying, disclosure or distribution of the material in this e-mail is strictly forbidden.

Company NMLS# 338923
Complete license information disclosed at: https://www.annie-mac.com/licensing
www.nmlsconsumeraccess.org

**From:** LETITIA JAMES
**Sent:** Wednesday, August 2, 2023 12:05 PM
**To:** Mike Voci
**Subject:** Re: Thank you from Michael Voci

I could not open

Sent from my iPhone

On Aug 2, 2023, at 11:38 AM, Michael Voci
<                              > wrote:

logo

company logo

Letitia James,

USAO-00002645



Thanks for downloading the Mortgages by OVM. Now you have the mortgage process in your hands!

Speaking of modern loan tools, don't miss out on our mobile app. You take action on the go and make your part even easier. Use the detailed mortgage calculator to check loan options and see what you can afford. Easily and securely scan and share documents using your phone, and much more.

Download the app and use the email address and password you set up for your web portal.

And remember you can always contact me with questions.

Sincerely,

Michael Voci  1380990

OVM Financial Powered by AnnieMac Home Mortgage NMLS ID #338923

USAO-00002646

© SimpleNexus

**ACCOUNT LOGIN**

If you need help please contact notifications@simplenexus.com

This email was sent to you because you have an account with Michael's mobile app. 5040 Corporate
Woods Drive Suite 101, Virginia Beach, VA 23462

USAO-00002647

# Exhibit B

USAO-00002648

**Printable page**

█████████████                                                                    Borough: BROOKLYN
                                                                                 Block: 1947 Lot: 21

**Property Owner(s)**

JAMES, LETITIA

**Property Data**

| | |
|---|---|
| Tax Year | 2024/25 |
| Lot Grouping | |
| Property Address | ███████████████, 11238 |
| Tax Class | 2A |
| Building Class | C3 - FOUR FAMILIES |
| Condo Development | |
| Condo Suffix | |

**Notes**

This account history is for informational purposes only. The amounts below do not include interest due through today. Visit our NYCePay or CityPay payment sites for today's balance. Payments made today will be visible the next business day.

**Profile**

| | |
|---|---|
| Building Class | C3 - FOUR FAMILIES |
| Tax Class | 2A |
| Unused SCRIE Credit | |
| Unused DRIE Credit | |
| Refund Available | |
| Overpayment amount | |

**Account History Summary**

| Year | Period | Charge Type | Original Due Date | Interest Begin/Process Date | Charge | Paid | Balance |
|------|--------|-------------|-------------------|------------------------------|--------|------|---------|
| 2025 | 4 | TAX | 04/01/2025 | | 4,813.02 | -4,813.02 | 0.00 |
| 2025 | 3 | TAX | 01/01/2025 | | 4,813.02 | -4,813.02 | 0.00 |
| 2025 | 2 | TAX | 10/01/2024 | | 4,814.56 | -4,814.56 | 0.00 |
| 2025 | 1 | TAX | 07/01/2024 | | 4,814.56 | -4,814.56 | 0.00 |
| 2025 | 1 | CHARGES | 07/01/2024 | | 13.00 | -13.00 | 0.00 |
| 2024 | 4 | TAX | 04/01/2024 | | 4,543.41 | -4,543.41 | 0.00 |
| 2024 | 3 | TAX | 01/01/2024 | | 4,543.41 | -4,543.41 | 0.00 |
| 2024 | 2 | TAX | 10/01/2023 | | 4,375.77 | -4,375.77 | 0.00 |
| 2024 | 1 | TAX | 07/01/2023 | | 4,375.77 | -4,375.77 | 0.00 |
| 2024 | 1 | CHARGES | 07/01/2023 | | 13.00 | -13.00 | 0.00 |
| 2023 | 4 | TAX | 04/01/2023 | | 4,063.10 | -4,063.10 | 0.00 |
| 2023 | 3 | TAX | 01/01/2023 | | 4,063.10 | -4,063.10 | 0.00 |
| 2023 | 2 | TAX | 10/01/2022 | | 4,041.96 | -4,041.96 | 0.00 |
| 2023 | 1 | TAX | 07/01/2022 | | 4,041.96 | -4,041.96 | 0.00 |
| 2023 | 1 | CHARGES | 07/01/2022 | | 13.00 | -13.00 | 0.00 |
| 2022 | 4 | TAX | 04/01/2022 | | 3,732.78 | -3,732.78 | 0.00 |
| 2022 | 3 | TAX | 01/01/2022 | | 3,732.78 | -3,732.78 | 0.00 |
| 2022 | 2 | TAX | 10/01/2021 | | 3,752.36 | -3,752.36 | 0.00 |
| 2022 | 1 | TAX | 07/01/2021 | | 3,752.36 | -3,752.36 | 0.00 |
| 2022 | 1 | CHARGES | 07/01/2021 | | 13.00 | -13.00 | 0.00 |
| 2021 | 4 | TAX | 04/01/2021 | | 3,602.04 | -3,602.04 | 0.00 |
| 2021 | 3 | TAX | 01/01/2021 | | 3,602.04 | -3,602.04 | 0.00 |
| 2021 | 2 | TAX | 10/01/2020 | | 3,725.10 | -3,725.10 | 0.00 |
| 2021 | 1 | TAX | 07/01/2020 | | 3,725.10 | -3,725.10 | 0.00 |
| 2021 | 1 | CHARGES | 07/01/2020 | | 13.00 | -13.00 | 0.00 |
| 2020 | 4 | TAX | 04/01/2020 | | 3,653.73 | -3,653.73 | 0.00 |
| 2020 | 3 | TAX | 01/01/2020 | | 3,653.73 | -3,653.73 | 0.00 |
| 2020 | 2 | TAX | 10/01/2019 | | 3,736.09 | -3,736.09 | 0.00 |
| 2020 | 1 | TAX | 07/01/2019 | | 3,736.09 | -3,736.09 | 0.00 |
| 2020 | 1 | CHARGES | 07/01/2019 | | 13.00 | -13.00 | 0.00 |

**Account History Details**

USAO-00002649

**Click here for the Account History Details**

### Notes

This account history is for informational purposes only. The amounts below do not include interest due through today. Visit our NYCePay or CityPay payment sites for today's balance. Payments made today will be visible the next business day.

### Profile

| | |
|---|---|
| Building Class | C3 - FOUR FAMILIES |
| Tax Class | 2A |
| Unused SCRIE Credit | |
| Unused DRIE Credit | |
| Refund Available | |
| Overpayment amount | |

### Account History Details

| Year | Period | Charge Type | Account ID | Original Due Date | Interest Begin/Process Date | Trans. Type | Action Type | Reason | Payment # | Payment Credited/Process Date | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Total Due | | | 0.00 |
| 2025 | 4 | TAX | | 04/01/2025 | 04/01/2025 | | | | | | |
| | | | | | | TAX | ORG | | | 06/01/2024 | 4,814.56 |
| | | | | | | TAX | ADJ | MID YEAR RATE CHANGE | | 01/01/2025 | -1.54 |
| | | | | | | CHG | PAY | | 159231308 | 04/01/2025 | -4,813.02 |
| | | | | | | | | Balance | | | 0.00 |
| 2025 | 3 | TAX | | 01/01/2025 | 01/01/2025 | | | | | | |
| | | | | | | TAX | ORG | | | 06/01/2024 | 4,814.56 |
| | | | | | | TAX | ADJ | MID YEAR RATE CHANGE | | 01/01/2025 | -1.54 |
| | | | | | | CHG | PAY | | 158227621 | 01/01/2025 | -4,813.02 |
| | | | | | | | | Balance | | | 0.00 |
| 2025 | 2 | TAX | | 10/01/2024 | 10/01/2024 | | | | | | |
| | | | | | | TAX | ORG | | | 06/01/2024 | 4,814.56 |
| | | | | | | CHG | PAY | | 157017145 | 10/01/2024 | 4,814.56 |
| | | | | | | CHG | PAY | | 157017145 | 10/01/2024 | -4,814.56 |
| | | | | | | CHG | PAY | | 157017145 | 10/01/2024 | -4,814.56 |
| | | | | | | | | Balance | | | 0.00 |
| 2025 | 1 | TAX | | 07/01/2024 | 07/01/2024 | | | | | | |
| | | | | | | TAX | ORG | | | 06/01/2024 | 4,814.56 |
| | | | | | | CHG | PAY | | 155691901 | 07/01/2024 | -4,814.56 |
| | | | | | | CHG | PAY | | 155691901 | 07/01/2024 | 4,814.56 |
| | | | | | | CHG | PAY | | 155691901 | 07/01/2024 | -4,814.56 |
| | | | | | | | | Balance | | | 0.00 |
| 2025 | 1 | REG FEE | 349610 | 07/01/2024 | 07/01/2024 | | | | | | |
| | | | | | | SAF | ADJ | SA NEW/ADJ | | 05/11/2024 | 13.00 |
| | | | | | | SAF | PAY | | 156337288 | 10/01/2024 | 13.00 |
| | | | | | | SAF | PAY | | 156337288 | 10/01/2024 | -13.00 |
| | | | | | | SAF | PAY | | 156337288 | 10/01/2024 | -13.00 |
| | | | | | | | | Balance | | | 0.00 |
| | | | | | | | | Balance for year | 2025 | | 0.00 |
| 2024 | 4 | TAX | | 04/01/2024 | 04/01/2024 | | | | | | |
| | | | | | | TAX | ORG | | | 06/03/2023 | 4,375.77 |
| | | | | | | TAX | ADJ | MID YEAR RATE CHANGE | | 01/01/2024 | 167.64 |
| | | | | | | CHG | PAY | | 153751187 | 04/01/2024 | -4,543.41 |
| | | | | | | | | Balance | | | 0.00 |
| 2024 | 3 | TAX | | 01/01/2024 | 01/01/2024 | | | | | | |

USAO-00002650

| Year | Seq | Type | | Date 1 | Date 2 | Code | Action | Description | Number | Date | Amount |
|------|-----|------|---|--------|--------|------|--------|-------------|--------|------|--------|
| | | | | | | | | | | 06/03/2023 | 4,375.77 |
| | | | | | | TAX | ADJ | MID YEAR RATE CHANGE | | 01/01/2024 | 167.64 |
| | | | | | | CHG | PAY | | 152505077 | 01/01/2024 | -4,543.41 |
| | | | | | | | | Balance | | | 0.00 |
| 2024 | 2 | TAX | | 10/01/2023 | 10/01/2023 | | | | | | |
| | | | | | | TAX | ORG | | | 06/03/2023 | 4,375.77 |
| | | | | | | CHG | PAY | | 151921805 | 10/01/2023 | -4,375.77 |
| | | | | | | | | Balance | | | 0.00 |
| 2024 | 1 | TAX | | 07/01/2023 | 07/01/2023 | | | | | | |
| | | | | | | TAX | ORG | | | 06/03/2023 | 4,375.77 |
| | | | | | | CHG | PAY | | 150308925 | 07/01/2023 | -4,375.77 |
| | | | | | | | | Balance | | | 0.00 |
| 2024 | 1 | REG FEE | 349610 | 07/01/2023 | 07/01/2023 | | | | | | |
| | | | | | | SAF | ADJ | SA NEW/ADJ | | 05/12/2023 | 13.00 |
| | | | | | | SAF | PAY | | 151049416 | 07/24/2023 | -13.00 |
| | | | | | | | | Balance | | | 0.00 |
| | | | | | | | | Balance for year | 2024 | | 0.00 |
| 2023 | 4 | TAX | | 04/01/2023 | 04/01/2023 | | | | | | |
| | | | | | | TAX | ORG | | | 06/04/2022 | 4,041.96 |
| | | | | | | TAX | ADJ | MID YR RATE CHG | | 01/01/2023 | 21.14 |
| | | | | | | CHG | PAY | | 149317234 | 04/01/2023 | -4,063.10 |
| | | | | | | | | Balance | | | 0.00 |
| 2023 | 3 | TAX | | 01/01/2023 | 01/01/2023 | | | | | | |
| | | | | | | TAX | ORG | | | 06/04/2022 | 4,041.96 |
| | | | | | | TAX | ADJ | MID YR RATE CHG | | 01/01/2023 | 21.14 |
| | | | | | | CHG | PAY | | 147796964 | 01/01/2023 | -4,063.10 |
| | | | | | | | | Balance | | | 0.00 |
| 2023 | 2 | TAX | | 10/01/2022 | 10/01/2022 | | | | | | |
| | | | | | | TAX | ORG | | | 06/04/2022 | 4,041.96 |
| | | | | | | CHG | PAY | | 147188219 | 10/01/2022 | -4,041.96 |
| | | | | | | | | Balance | | | 0.00 |
| 2023 | 1 | TAX | | 07/01/2022 | 07/01/2022 | | | | | | |
| | | | | | | TAX | ORG | | | 06/04/2022 | 4,041.96 |
| | | | | | | CHG | PAY | | 145301513 | 07/01/2022 | -4,041.96 |
| | | | | | | | | Balance | | | 0.00 |
| 2023 | 1 | REG FEE | 349610 | 07/01/2022 | 07/01/2022 | | | | | | |
| | | | | | | SAF | ORG | | | 06/04/2022 | 13.00 |
| | | | | | | SAF | PAY | | 144985610 | 07/01/2022 | -13.00 |
| | | | | | | | | Balance | | | 0.00 |
| | | | | | | | | Balance for year | 2023 | | 0.00 |
| 2022 | 4 | TAX | | 04/01/2022 | 04/01/2022 | | | | | | |
| | | | | | | TAX | ORG | | | 06/05/2021 | 3,752.36 |
| | | | | | | TAX | ADJ | MID YR RATE CHG | | 01/01/2022 | -19.58 |
| | | | | | | CHG | PAY | | 144030493 | 04/01/2022 | -3,732.78 |
| | | | | | | | | Balance | | | 0.00 |
| 2022 | 3 | TAX | | 01/01/2022 | 01/01/2022 | | | | | | |
| | | | | | | TAX | ORG | | | 06/05/2021 | 3,752.36 |
| | | | | | | TAX | ADJ | MID YR RATE CHG | | 01/01/2022 | -19.58 |
| | | | | | | CHG | PAY | | 143371635 | 01/01/2022 | -3,732.78 |
| | | | | | | | | Balance | | | 0.00 |

USAO-00002651

| Year | Seq | Type | | Date 1 | Date 2 | Code | Action | Description | Ref # | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | 2 | TAX | | 10/01/2021 | 10/01/2021 | | | | | | |
| | | | | | | TAX | ORG | | | 06/05/2021 | 3,752.36 |
| | | | | | | CHG | PAY | | 142593266 | 10/01/2021 | 3,752.36 |
| | | | | | | CHG | PAY | | 142593266 | 10/01/2021 | -3,752.36 |
| | | | | | | CHG | PAY | | 142593266 | 10/01/2021 | -3,752.36 |
| | | | | | | | | **Balance** | | | **0.00** |
| 2022 | 1 | TAX | | 07/01/2021 | 07/01/2021 | | | | | | |
| | | | | | | TAX | ORG | | | 06/05/2021 | 3,752.36 |
| | | | | | | CHG | PAY | | 140943151 | 07/01/2021 | -3,752.36 |
| | | | | | | CHG | PAY | | 140943151 | 07/01/2021 | -3,752.36 |
| | | | | | | CHG | PAY | | 140943151 | 07/01/2021 | 3,752.36 |
| | | | | | | | | **Balance** | | | **0.00** |
| 2022 | 1 | REG FEE | 349610 | 07/01/2021 | 07/01/2021 | | | | | | |
| | | | | | | SAF | ORG | | | 06/05/2021 | 13.00 |
| | | | | | | SAF | PAY | | 144985610 | 07/01/2022 | -13.00 |
| | | | | | | | | **Balance** | | | **0.00** |
| | | | | | | | | **Balance for year** | **2022** | | **0.00** |
| 2021 | 4 | TAX | | 04/01/2021 | 04/01/2021 | | | | | | |
| | | | | | | TAX | ORG | | | 06/06/2020 | 3,725.10 |
| | | | | | | TAX | ADJ | MID YEAR RATE CHANGE | | 01/01/2021 | -123.06 |
| | | | | | | CHG | PAY | | 139711858 | 04/01/2021 | -3,602.04 |
| | | | | | | | | **Balance** | | | **0.00** |
| 2021 | 3 | TAX | | 01/01/2021 | 01/01/2021 | | | | | | |
| | | | | | | TAX | ORG | | | 06/06/2020 | 3,725.10 |
| | | | | | | TAX | ADJ | MID YEAR RATE CHANGE | | 01/01/2021 | -123.06 |
| | | | | | | CHG | PAY | | 138799352 | 01/01/2021 | -3,602.04 |
| | | | | | | | | **Balance** | | | **0.00** |
| 2021 | 2 | TAX | | 10/01/2020 | 10/01/2020 | | | | | | |
| | | | | | | TAX | ORG | | | 06/06/2020 | 3,725.10 |
| | | | | | | CHG | PAY | | 137822905 | 10/01/2020 | -3,725.10 |
| | | | | | | CHG | PAY | | 137822905 | 10/01/2020 | -3,725.10 |
| | | | | | | CHG | PAY | | 137822905 | 10/01/2020 | 3,725.10 |
| | | | | | | | | **Balance** | | | **0.00** |
| 2021 | 1 | TAX | | 07/01/2020 | 07/01/2020 | | | | | | |
| | | | | | | TAX | ORG | | | 06/06/2020 | 3,725.10 |
| | | | | | | CHG | PAY | | 136790279 | 07/01/2020 | -3,712.10 |
| | | | | | | CHG | PAY | | 136336353 | 07/01/2020 | -13.00 |
| | | | | | | CHG | PAY | | 136790279 | 07/01/2020 | 3,712.10 |
| | | | | | | CHG | PAY | | 136336353 | 07/01/2020 | 13.00 |
| | | | | | | CHG | PAY | | 136336353 | 07/01/2020 | -13.00 |
| | | | | | | CHG | PAY | | 136790279 | 07/01/2020 | -3,712.10 |
| | | | | | | | | **Balance** | | | **0.00** |
| 2021 | 1 | REG FEE | 349610 | 07/01/2020 | 07/01/2020 | | | | | | |
| | | | | | | SAF | ORG | | | 06/06/2020 | 13.00 |
| | | | | | | SAF | PAY | | 137598389 | 10/01/2020 | 13.00 |
| | | | | | | SAF | PAY | | 137598389 | 10/01/2020 | -13.00 |
| | | | | | | SAF | PAY | | 137598389 | 10/01/2020 | -13.00 |
| | | | | | | | | **Balance** | | | **0.00** |
| | | | | | | | | **Balance for year** | **2021** | | **0.00** |
| 2020 | 4 | TAX | | 04/01/2020 | 04/01/2020 | | | | | | |
| | | | | | | TAX | ORG | | | 06/01/2019 | 3,736.09 |

USAO-00002652

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | MID YEAR TAX CHG | | 01/01/2020 | -82.36 |
| | | | | CHG | PAY | | 135220907 | 04/01/2020 | -3,653.73 |
| | | | | | | Balance | | | 0.00 |
| 2020 | 3 | TAX | 01/01/2020 | 01/01/2020 | | | | | |
| | | | | TAX | ORG | | | 06/01/2019 | 3,736.09 |
| | | | | TAX | ADJ | MID YEAR TAX CHG | | 01/01/2020 | -82.36 |
| | | | | CHG | PAY | | 134609039 | 01/01/2020 | -3,653.73 |
| | | | | | | Balance | | | 0.00 |
| 2020 | 2 | TAX | 10/01/2019 | 10/01/2019 | | | | | |
| | | | | TAX | ORG | | | 06/01/2019 | 3,736.09 |
| | | | | CHG | PAY | | 133266765 | 10/01/2019 | -3,723.09 |
| | | | | CHG | PAY | | 132840325 | 07/26/2019 | -13.00 |
| | | | | CHG | PAY | | 132840325 | 07/26/2019 | -13.00 |
| | | | | CHG | PAY | | 133266765 | 10/01/2019 | -3,723.09 |
| | | | | CHG | PAY | | 132840325 | 07/26/2019 | 13.00 |
| | | | | CHG | PAY | | 133266765 | 10/01/2019 | 3,723.09 |
| | | | | | | Balance | | | 0.00 |
| 2020 | 1 | TAX | 07/01/2019 | 07/01/2019 | | | | | |
| | | | | TAX | ORG | | | 06/01/2019 | 3,736.09 |
| | | | | CHG | PAY | | 131835903 | 07/01/2019 | 3,736.09 |
| | | | | CHG | PAY | | 131835903 | 07/01/2019 | -3,736.09 |
| | | | | CHG | PAY | | 131835903 | 07/01/2019 | -3,736.09 |
| | | | | | | Balance | | | 0.00 |
| 2020 | 1 | REG FEE 349610 | 07/01/2019 | 07/01/2019 | | | | | |
| | | | | SAF | ORG | | | 06/01/2019 | 13.00 |
| | | | | SAF | PAY | | 131979831 | 07/01/2019 | -13.00 |
| | | | | SAF | PAY | | 131979831 | 07/01/2019 | 13.00 |
| | | | | SAF | PAY | | 131979831 | 07/01/2019 | -13.00 |
| | | | | | | Balance | | | 0.00 |
| | | | | | | Balance for year | 2020 | | 0.00 |

**Account History Summary**

**Click here to return to the Account History Summary**

Notes

Mailed to you each January, the Notice of Property Value (NOPV) will tell you our determination of your property's market and assessed values. It will also list the tax exemptions you currently receive and will provide you with a formula to estimate your property tax amount for the coming year.

The NOPV is not a bill and does not require payment.

For help reading and understanding your NOPV, refer to the property tax guides available at http://nyc.gov/assessments.

For information about challenging the amount of your assessed value,
visit the New York City Tax Commission https://www.nyc.gov/site/taxcommission/.

Notices of Property Value

| | |
|---|---|
| 2025 - 2026 | January 15, 2025 |
| 2024 - 2025 | January 15, 2024 |
| 2023 - 2024 | January 15, 2023 |
| 2022 - 2023 | January 15, 2022 |
| 2021 - 2022 | January 15, 2021 |
| 2020 - 2021 | January 15, 2020 |
| 2019 - 2020 | January 15, 2019 |
| 2018 - 2019 | January 15, 2018 |
| 2017 - 2018 | January 15, 2017 |
| 2016 - 2017 | January 15, 2016 |

USAO-00002653

| 2015 - 2016 | January 15, 2015 |
| 2014 - 2015 | January 15, 2014 |
| 2013 - 2014 | January 15, 2013 |
| 2012 - 2013 | January 15, 2012 |
| 2011 - 2012 | January 15, 2011 |
| 2010 - 2011 | January 15, 2010 |

**Property Tax Bills**

| 2024-2025 | Q4: February 15, 2025 |
| 2024-2025 | Q3: November 16, 2024 |
| 2024-2025 | Q2: August 24, 2024 |
| 2024-2025 | Q1: June 01, 2024 |
| 2023-2024 | Q4: February 17, 2024 |
| 2023-2024 | Q3: November 18, 2023 |
| 2023-2024 | Q2: August 19, 2023 |
| 2023-2024 | Q1: June 03, 2023 |
| 2022-2023 | Q4: February 18, 2023 |
| 2022-2023 | Q3: November 19, 2022 |
| 2022-2023 | Q2: August 20, 2022 |
| 2022-2023 | Q1: June 04, 2022 |
| 2021-2022 | Q4: February 19, 2022 |
| 2021-2022 | Q3: November 20, 2021 |
| 2021-2022 | Q2: August 28, 2021 |
| 2021-2022 | Q1: June 05, 2021 |
| 2020-2021 | Q4: February 27, 2021 |
| 2020-2021 | Q3: November 21, 2020 |
| 2020-2021 | Q2: August 29, 2020 |
| 2020-2021 | Q1: June 06, 2020 |
| 2019-2020 | Q4: February 22, 2020 |
| 2019-2020 | Q3: November 19, 2019 |
| 2019-2020 | Q2: August 29, 2019 |
| 2019-2020 | Q1: June 05, 2019 |
| 2018-2019 | Q4: February 01, 2019 |
| 2018-2019 | Q3: November 16, 2018 |
| 2018-2019 | Q2: August 24, 2018 |
| 2018-2019 | Q1: June 01, 2018 |
| 2017-2018 | Q4: February 23, 2018 |
| 2017-2018 | Q3: November 17, 2017 |
| 2017-2018 | Q2: August 25, 2017 |
| 2017-2018 | Q1: June 02, 2017 |
| 2016-2017 | Q4: February 24, 2017 |
| 2016-2017 | Q3: November 18, 2016 |
| 2016-2017 | Q2: August 26, 2016 |
| 2016-2017 | Q1: June 03, 2016 |
| 2015-2016 | Q4: February 19, 2016 |
| 2015-2016 | Q3: November 20, 2015 |
| 2015-2016 | Q2: August 21, 2015 |
| 2015-2016 | Q1: June 05, 2015 |
| 2014-2015 | Q4: February 20, 2015 |
| 2014-2015 | Q3: November 21, 2014 |
| 2014-2015 | Q2: August 22, 2014 |
| 2014-2015 | Q1: June 06, 2014 |

USAO-00002654

| | |
|---|---|
| 2013-2014 | Q4: February 21, 2014 |
| 2013-2014 | Q3: November 22, 2013 |
| 2013-2014 | Q2: August 23, 2013 |
| 2013-2014 | Q1: June 07, 2013 |
| | |
| 2012-2013 | Q4: February 22, 2013 |
| 2012-2013 | Q3: November 30, 2012 |
| 2012-2013 | Q2: August 17, 2012 |
| 2012-2013 | Q1: June 08, 2012 |
| | |
| 2011-2012 | Q4: February 24, 2012 |
| 2011-2012 | Q3: November 18, 2011 |
| 2011-2012 | Q2: August 26, 2011 |
| 2011-2012 | Q1: June 10, 2011 |
| | |
| 2010-2011 | Q4: February 18, 2011 |
| 2010-2011 | Q3: November 19, 2010 |
| 2010-2011 | Q2: August 27, 2010 |
| 2010-2011 | Q1: June 11, 2010 |
| | |
| 2009-2010 | Q4: February 26, 2010 |
| 2009-2010 | Q3: November 20, 2009 |
| 2009-2010 | Q2: August 28, 2009 |
| 2009-2010 | Q1: June 06, 2009 |

Notes

Exemptions lower the amount of tax you owe by reducing your property's assessed value. Abatements reduce your taxes by applying credits to the amount of taxes you owe.

Notes

Exemptions lower the amount of tax you owe by reducing your property's assessed value. Abatements reduce your taxes by applying credits to the amount of taxes you owe.

Notes

Exemptions lower the amount of tax you owe by reducing your property's assessed value. Abatements reduce your taxes by applying credits to the amount of taxes you owe.

2024 - 2025 Final Assessment

| | |
|---|---|
| Final Assessment Roll for | 2024-2025 | City of New York |
| Taxable Status Date | January 5, 2024 |
| | EXPLANATION OF ASSESSMENT ROLL |
| Owner Name | JAMES, LETITIA |
| Property Address | |
| Billing Name and Address | WELLS FARGO BANK 936 |
| | |
| | 3001 HACKBERRY RD |
| | IRVING TX 75063-0001 |
| Tax Class | 2A |
| Building Class | C3 - FOUR FAMILIES |

Property Owner(s)

JAMES, LETITIA

Land Information

| | |
|---|---|
| Lot Size | |
| Frontage (feet) | 19.42 |
| Depth (feet) | 100.00 |
| Land Area (sqft) | 1,942 |
| Regular / Irregular | Regular |
| Corner | |
| Number of Buildings | 1 |

USAO-00002655

Building Size
    Frontage (feet)                             19.42
    Depth (feet)                                45.00
Stories                                      3
Extension                              N

**Assessment Information**

| Description | Land | Total |
|---|---|---|
| ESTIMATED MARKET VALUE | 271,000 | 1,219,200 |
| MARKET AV | 121,950 | 548,640 |
| MARKET EX | | 0 |
| 8-30% limitation - AV | 34,240 | 154,041 |
| EXEMPT VALUE | | 0 |

**Taxable/Billable Assessed Value**

| | Assessed Value |
|---|---|
| Subject To Adjustments, Your 2024/25 Taxes Will Be Based On | 154,041 |

**Market Value History**

| Tax Year | Market Value |
|---|---|
| 2024 - 2025 | 1,219,200 |
| 2023 - 2024 | 1,016,000 |
| 2022 - 2023 | 1,014,000 |
| 2021 - 2022 | 975,000 |
| 2020 - 2021 | 1,055,000 |

**Note**

For more information about how your property taxes are calculated, visit http://nyc.gov/assessments.

USAO-00002656

# Exhibit C

USAO-00002657



## Overview

| ALSO KNOWN AS | STATUS | REG # | RANGE | BIN |
|---|---|---|---|---|
| No other PHN's retrieved for this building. | Active | 349610 | 296-296 | 3055539 |

| BLOCK | LOT | CENSUS TRACT | STORIES | A UNITS | B UNITS | CD |
|---|---|---|---|---|---|---|
| 1947 | 21 | 197 | 3 | 4 | 0 | 2 |

| CLASS | OWNERSHIP | BUILDING ID |
|---|---|---|
| G | PVT | 322099 |

## Building Statistics

| COMPLAINTS | VIOLATIONS | BUILDING CHARGES/FEES | LITIGATION |
|---|---|---|---|
| 2 | 0 (A:0, B:0, C:0, I:0) | 12 | 0 |

| HISTORICALLY RENT REGULATED | ACTIVE LEAD EXEMPTIONS | BED BUGS REPORT FILED | HISTORICAL IMAGE CARDS |
|---|---|---|---|
| No | No | Yes | Yes |

| FIREPROOF | ACTIVE VACATE ORDER | TENANT HARASSMENT FINDINGS | CERTIFICATION OF NO HARASSMENT PILOT PROGRAM |
|---|---|---|---|
| No | No | No | No |

| ALTERNATE ENFORCEMENT PROGRAM (AEP) | UNDERLYING CONDITIONS PROGRAM (UC) | HEAT SENSOR PROGRAM |
|---|---|---|
| No | No | No |

USAO-00002658

**, Brooklyn, 11238**

Generated on ▮▮▮▮ 2025

**NYC**
Department of
Housing Preservation
& Development

## Property Owner Registration Information

Last Registration Date - 10/18/2024          Registration Expiration Date - 09/01/2025

| S.No. | OWNER | ORGANIZATION | NAME | ADDRESS |
|---|---|---|---|---|
| 1 | Premisys Individual Owner | | LETITIA JAMES | ▮▮▮▮ , Brooklyn, 11238 |

**HPD ONLINE**

USAO-00002659

# Exhibit D

USAO-00002660

PF 35-A (6-67) Standard N.Y.B.T.U. Form 8005 – Executor's Deed – Individual or Corporation (Single Sheet)

**CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.**

**THIS INDENTURE,** made the 20 day of May , nineteen hundred and eighty-three

**BETWEEN**    THOMAS M. ROSE, as Administrator of the Estate of
MARIE E. ROSE, late of Queens County,

Richmond Hill, N.Y.
11420

, deceased,

party of the first part, and  ROBERT JAMES and LETITIA JAMES, his daughter

REEL 1536 PAGE 1344

Richmond Hill, N.Y. 11420

party of the second part,

**WITNESSETH,** that the party of the first part, by virtue of the power and authority given in and by said last will and testament, and in consideration of  Thirty-One Thousand Four Hundred and 00/100 ($31,400.00)                          dollars,
paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the  Borough and County of Queens, City and State of New York, bounded and described as follows:

BEGINNING at a point on the westerly side of Inwood Street, distant eighteen (18) feet southerly from the corner formed by the inter-section of the westerly side of Inwood Street with the southerly side of 114th Avenue;

RUNNING THENCE westerly parallel with 114th Avenue and part of the distance through a party wall one hundred (100) feet;

THENCE southerly parallel with Inwood Street sixteen (16) feet;

THENCE easterly again parallel with 114th Avenue and part of the distance through another party wall one hundred (100) feet to the westerly side of Inwood Street; and

THENCE northerly along the westerly side of Inwood Street sixteen (16) feet to the point or place of BEGINNING.

TOGETHER with the benefits and subject to the burdens of a Certain Right of Way in liber 3034 page 120.
TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances, and also all the estate which the said decedent had at the time of decedent's death in said premises, and also the estate therein, which the party of the first part has or has power to convey or dispose of, whether individually, or by virtue of said will or otherwise; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been incumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this coveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.
The word "party" shall be construed as if it read "parties" whenver the sense of this indenture so requires.
**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

Thomas Robinson

Thomas M. Rose
THOMAS M. ROSE

USAO-00002661



STATE OF NEW YORK, COUNTY OF ~~QUEENS~~ *Nassau* ss.:

On the *20* day of *May* 19 *83* before me personally came THOMAS M. ROSE

to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that he     executed the same.

_____
Notary Public

BRUCE A. PAYNE
Notary Public, State of New York
No. 30-3041275
Qualified in Nassau County
Commission Expires March 30, 1985

STATE OF NEW YORK, COUNTY OF     ss.:

On the     day of 19     , before me personally came
to me known, who, being by me duly sworn, did depose and say that   he resides at No.

that   he is the
of
, the corporation described in and who executed the foregoing instrument; that   he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the board of directors of said corporation, and that   he signed h   name thereto by like order.

STATE OF NEW YORK, COUNTY OF     ss.:

On the ,   day of     19     before me personally came

REEL 1536 PAGE 1345

to me known to be the individual   described in and who executed the foregoing instrument, and acknowledged that executed the same.

STATE OF NEW YORK, COUNTY OF     ss.:

On the   · day of     19     , before me personally came
the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who being by me duly sworn, did depose and say that   he resides at No.

that   he knows                                         ;

to be the individual described in and who executed the foregoing instrument; that   he, said subscribing witness, was present and saw execute the same; and that   he, said witness, at the same time subscribed h   name as witness thereto.

**Executor's Deed**

Title No.   10-1012-R *Administration*
Rose
TO
James

STANDARD FORM OF NEW YORK BOARD OF TITLE UNDERWRITERS
Distributed by
INTER-COUNTY TITLE GUARANTY
and MORTGAGE COMPANY

CHARTERED 1927    IN NEW YORK

SECTION *52*
BLOCK *11975*
LOT *7*
COUNTY OR TOWN *Queens*

Recorded At Request of
INTER-COUNTY Title Guaranty and Mortgage Company
RETURN BY MAIL TO

J. BREIER ESQ

Jamaica, NY   Zip No.

RESERVE THIS SPACE FOR USE OF RECORDING OFFICE

83 MAY 27 PM 2 46

OFFICE OF CITY REGISTER
Queens County
RECORDED
Witness my hand
and official seal

George J. Finch
CITY REGISTER

MAY 2 7 1983
TRANSFER TAX
QUEENS COUNTY
REAL ESTATE

USAO-00002662