Dominion Energy Virginia
P.O. Box 26666, Richmond, VA 23261-6666
DominionEnergy.com

**Overview**

PERONNE AVE

Street: PERONNE AVE
State: Virginia
Location Supplement:
Town code: Norfolk
Building:
Postal Code:
Subdivision:
House Supplement:
Country/Region: United States
Lot Number:

**Highlights (1)**

Service connected for installation 400279431.

**Customer Overview (1)**

| Customer External ID | Name | Contract Account External ID | Contract ID | Sales Quote | Division | Move-In Date | Move-Out Date | Collective Contract Account | Customer Status | Process Type |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | | | [redacted] | 09/01/2020 | Unlimited | | Active | |

Connection Details | Outage Status | Outage and Trouble Reporting | Service Orders | Unmetered | Exceptions | Central | Service Notifications | Disconnection Documents | Tickets | Sales POD

Cancel Move-In | Cancel Move-Out | Insert Contract | Change Move-Out | Change Move-In

Refresh

GOVERNMENT EXHIBIT
10
2:25-CR-0122


Dominion Energy

