# Financial Disclosure Statement - 2020

**Filer Name** Letitia James
**Primary Agency** Attorney General, Office of the (03000)

- Answer each of the following questions completely, with respect to calendar year 2020, unless another period or date is otherwise specified.
- Whenever a "value" or "amount" is required to be reported herein, such value or amount shall be reported as being within one of the following Categories in Table I or Table II of this subdivision as called for in the question: a reporting individual shall indicate the Category by letter only.
- Whenever "income" is required to be reported herein, the term "income" shall mean the aggregate net income before taxes from the source identified.
- The term "calendar year" shall mean the year ending December 31st preceding the date of filing of the annual statement.

## 1. Name

**Responses**

| | First | M.I. | Last | Email |
|---|---|---|---|---|
| 1) | Letitia | | James | |

## 2a. Position - Title

**Responses**

| | Title |
|---|---|
| 1) | Attorney General |

## 2b. Position - Department

**Responses**

| | Department/Agency/Gov. Entity |
|---|---|
| 1) | Attorney General, Office of the (03000) |

## 2c. Position - Address of Present Office

**Responses**

| | Street 1 | Street 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| 1) | [redacted] | | | | | |

## 2d. Position - Office Telephone Number

**Responses**

| | Office Telephone |
|---|---|
| 1) | [redacted] |

## 3a. Family - Marital Status

**Responses**

| | Marital Status | Spouse's Name |
|---|---|---|
| 1) | [redacted] | |

GOVERNMENT EXHIBIT
11
2:25-CR-00122

### 16. Investments

List below the type and market value of securities held by the reporting individual or such individual's spouse from each issuing entity in EXCESS of $1,000 at the **close of the taxable year last occurring** prior to the date of filing, including the name of the issuing entity exclusive of securities held by the reporting individual issued by a professional corporation. Whenever an interest in securities exists through a beneficial interest in a trust, the securities held in such trust shall be listed ONLY IF the reporting individual has knowledge thereof except where the reporting individual or the reporting individual's spouse has transferred assets to such trust for his or her benefit in which event such securities shall be listed unless they are not ascertainable by the reporting individual because the trustee is under an obligation or has been instructed in writing not to disclose the contents of the trust to the reporting individual. Securities of which the reporting individual or the reporting individual's spouse is the owner of record but in which such individual or the reporting individual's spouse has no beneficial interest shall not be listed. Indicate percentage of ownership ONLY if the reporting person or the reporting person's spouse holds more than five percent (5%) of the stock of a corporation in which the stock is publicly traded or more than ten percent (10%) of the stock of a corporation in which the stock is NOT publicly traded. Also list securities owned for investment purposes by a corporation more than fifty percent (50%) of the stock of which is owned or controlled by the reporting individual or such individual's spouse. For the purpose of this item the term "securities" shall mean mutual funds, bonds, mortgages, notes, obligations, warrants and stocks of any class, investment interests in limited or general partnerships and certificates of deposits (CDs) and such other evidences of indebtedness and certificates of interest as are usually referred to as securities. The market value for such securities shall be reported only if reasonably ascertainable and shall not be reported if the security is an interest in a general partnership that was listed in item 8(a) or if the security is corporate stock, NOT publicly traded, in a trade or business of a reporting individual or a reporting individual's spouse.

**Responses**

| Self, Spouse | Issuing Entity | Type of Security | Percentage of corporate stock owned or controlled (if more than 5% of publicly traded stock, or more than 10% if stock not publicly traded, is held) | Category of Market Value as of the close of the taxable year last occurring prior to the filing of this statement (In Table II) |
|---|---|---|---|---|
| | | | **None** | |

### 17. Real Estate

List below the location, size, general nature, acquisition date, market value and percentage of ownership of any real property in which any vested or contingent interest in EXCESS of $1,000 is held by the reporting individual or the reporting individual's spouse. Also list real property owned for investment purposes by a corporation more than fifty percent (50%) of the stock of which is owned or controlled by the reporting individual or such individual's spouse. Do NOT list any real property which is the primary or secondary personal residence of the reporting individual or the reporting individual's spouse, except where there is a co-owner who is other than a relative.

**Responses**

| | Self, Spouse, Corporation | Location | Size | General Nature | Acquisition Date | Percentage of Ownership | Category of Market Value (In Table II) |
|---|---|---|---|---|---|---|---|
| 1) | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2) | Self | Norfolk, Virginia | single family | Investment | 08/01/2020 | 100 | ■ |